**Order entered October 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00739-CR

**FREDERICK DOUGLAS FEASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80927-2017**

## ORDER

Before the Court is appellant's October 25, 2018 motion for extension of time to file appellant's brief. We **GRANT** the motion to the extent that we **ORDER** appellant's brief filed on or before **November 26, 2018**.

/s/     CRAIG STODDART
JUSTICE